HARRY FEINGOLD, Respondent, *v.* WALWORTH BROS., INCORPORATED, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.